IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-164-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | |
| DETREY MAURICE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for a sentence reduction [D.E. 68] not later than March 18, 2022.

SO ORDERED. This 15 day of February, 2022.

JAMES C. DEVER III
United States District Judge